## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| HANNON ARMSTRONG SUSTAINABLE INFRASTRUCTURE CAPITAL, INC., *Plaintiff*, v. CARBON COUNT PTY LTD., *Defendant*. | CIVIL ACTION NO. 1:22-CV-02839-JRR |

### JOINT MOTION TO EXTEND ANSWER OR RESPONSE DEADLINE

Plaintiff Hannon Armstrong Sustainable Infrastructure Capital, Inc. ("Hannon") filed its Complaint against Defendant Carbon Count Pty Ltd. ("Defendant") on November 2, 2022. Defendant subsequently waived formal service of the Complaint. *See* Dkt. 15. As a result, Defendant's current answer deadline is February 1, 2023. *See id.*

The parties are engaged in settlement discussions and believe that a resolution of all claims in this matter can be achieved. In order to allow the parties time to continue settlement discussions, and in view of the upcoming February 1, 2023 deadline, the parties respectfully request that the Court extend Defendant's answer or response deadline by 45 days, making the new deadline March 20, 2023. Because this requested extension is sought to facilitate ongoing settlement discussions, the parties submit that good cause exists to grant this motion.

- 2 -

Dated: January 25, 2023

**Counsel for Plaintiff**

 /s/ *Adam T. Simons*            
Adam T. Simons (Fed. Bar No. 12355)
McGuireWoods LLP
500 East Pratt Street
Baltimore, MD 21202
Tel: (410) 659-4417
Fax: (410) 659-4484
asimons@mcguirewoods.com

Lucy Jewett Wheatley (*pro hac vice*)
Amanda L. DeFord (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
lwheatley@mcguirewoods.com
adeford@mcguirewoods.com

Matthew W. Cornelia (*pro hac vice*)
Daniel P. Withers (*pro hac vice*)
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
mcornelia@mcguirewoods.com
dwithers@mcguirewoods.com

*Counsel for Plaintiff Hannon Armstrong Sustainable Infrastructure Capital, Inc.*

Respectfully submitted,

**Counsel for Defendant**

 /s/ *J. Stephen Simms*        
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, MD 21030
Tel: (410) 783-5795
Fax: (410) 510-1789
jssimms@simmsshowers.com

Andrea S. Fuelleman (*pro hac vice pending*)
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
Tel: (312) 269-5347
Fax: (312) 980-0861
afuelleman@nge.com

*Counsel for Defendant
Carbon Count Pty. Ltd.*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing is being served on all counsel of record via the Court's CM/ECF system and via email on January 25, 2023.

                                       */s/ Adam T. Simons*
                                       Adam T. Simons