IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| HANNON ARMSTRONG SUSTAINABLE INFRASTRUCTURE CAPITAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CARBON COUNT PTY LTD., <br><br> *Defendant*. | CIVIL ACTION NO. 1:22-CV-02839-JRR |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Answer or Response Deadline (Dkt. 18), it is hereby ordered that the parties' motion is GRANTED and the new deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is May 4, 2023.

Date:_____                    _____
                                                                    Julie R. Rubin
                                                                    United States District Judge